UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIAH CAMPBELL, | No. 2:21-cv-2369 WBS CKD P |
| Petitioner, | |
| v. | ORDER |
| S. PEERY, | |
| Respondent. | |

Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

Petitioner has also requested an extension of time to file an opposition to respondent's motion to dismiss. The court will grant petitioner's motion based on good cause shown.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for the appointment of counsel (ECF No. 14) is denied without prejudice.

2. Petitioner's request for an extension of time (ECF No. 15) is granted.

3. Petitioner shall file an opposition to respondent's motion to dismiss within thirty days from the date of this order.

Dated: March 28, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12camp2369.110+111.docx