IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ISIAH CAMPBELL,** | 2:21-cv-02369-WBS-CKD |
| Petitioner, | **ORDER** |
| v. | |
| **S. PERRY,** | |
| Respondent. | |

Respondent has moved for a thirty-day enlargement of time within which to file a response to Petitioner's opposition to motion to dismiss and request for stay.

GOOD CAUSE APPEARING, IT IS ORDERED that Respondent's motion is granted. The response to the opposition to motion to dismiss and request for stay shall be filed on or before May 16, 2022.

Dated:  April 13, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

SA2022300029
36069600.docx

1

[Proposed] Order  (2:21-cv-02369-WBS-CKD)