UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIAH CAMPBELL, | No. 2:21-CV-02369-WBS-CKD |
| Petitioner, | |
| v. | ORDER |
| S. PERRY, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 6, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 6, 2022, are adopted in full.

1

2. Respondent's motion to dismiss (ECF No. 12) is denied.

3. Petitioner's motion for a stay and abeyance (ECF Nos. 21, 23), pursuant to Rhines v. Weber, 544 U.S. 269 (2005), is granted.

4. Petitioner's proposed first amended § 2254 petition (ECF No. 18) is stricken from the docket as unnecessary.

5. The Clerk of Court is directed to administratively close this case.

6. Petitioner shall file a status report with the court every 6 months indicating what efforts he has taken to properly exhaust claim six.

7. Petitioner shall file a motion to lift the stay within 30 days from the date of any decision by the California Supreme Court.

Dated: July 22, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

12/camp2369.801.hc.CJRA.docx

2