UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIAH CAMPBELL, | No. 2:21-cv-02369-WBS-CKD P |
| Petitioner, | |
| v. | ORDER |
| S. PERRY, et al., | |
| Respondents. | |

Petitioner is a state inmate proceeding pro se and in forma pauperis in this habeas corpus action that was filed pursuant to 28 U.S.C. § 2254. On July 26, 2023, petitioner filed a "Notice of Resolution of Unexhausted Claim" which the court construes as a motion to lift the stay of these proceedings. ECF No. 33. So construed, the motion is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action that was entered on July 25, 2022 is hereby lifted.
2. The Clerk of Court shall administratively re-open this case.
3. Respondent is directed to file an answer to the § 2254 petition within 60 days from the date of this order.
4. Petitioner's reply, if any, shall be filed and served within thirty days after service of the answer.

/////

5. Petitioner's habeas corpus application shall be deemed submitted on the papers following the expiration of the deadlines outlined in this briefing schedule.

Dated:  August 7, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/camp2369.liftstay