UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIAH CAMPBELL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>S. PERRY, et al.,<br><br>　　　　　Respondent. | No.  2:21-cv-2369-WBS-CKD P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 8, 2025, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has not filed objections to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED as follows:

　　　　1. The findings and recommendations (ECF No. 38) are adopted in full.

　　　　2. The petition for a writ of habeas corpus is denied.

1

1 |       3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated:  November 18, 2025

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

8 camp2369.800.hc